Defendant: MATTHEW GALLOWAY
Case Number: DNCW310CR000234-001

Judgment-Page 2 of

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWO HUNDRED & SIXTEEN (216) MONTHS.

X     The Court makes the following recommendations to the Bureau of Prisons:

- Defendant shall participate in the Mental Health Program while incarcerated.
- Defendant shall participate in the Sex Offender Treatment Program while incarcerated.
- Defendant shall participate in the Inmate Financial Responsibility Program for the payment of Court imposed monetary penalties.
- Defendant shall be designated to FCI Butner ir a facility that will provide Sex Offender Treatment.

___ The Defendant is remanded to the custody of the United States Marshal.

___ The Defendant shall surrender to the United States Marshal for this District:

    ___ As notified by the United States Marshal.

    ___ At___ a.m. / p.m. on ___.

___ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ As notified by the United States Marshal.

    ___ Before 2 p.m. on ___.

    ___ As notified by the Probation Office.

## RETURN

FILED
CHARLOTTE, NC

APR 27 2012

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

I have executed this Judgment as follows:

Defendant delivered on 4-24-12 to _____ BUTNER NC _____ at _LSCI_, with a certified copy of this Judgment.

**Tracy W. Johns, Warden**

_____
~~United States Marshal~~

By: _____ (cso)
~~Deputy~~ Marshal